M. P. No. 76-442. THE NARRAGANSETT ELECTRIC COMPANY *v.* WILLIAM W. HARSCH *et al.* The petitioner's motion for special assignment is granted and this case is assigned to the

calendar for May 6, 1977, 9:30 a.m., for oral argument. *Edwards & Angell, Edward F. Hindle, Deming E. Sherman,* for petitioner. *Julius C. Michaelson, Attorney General, R. Daniel Prentiss,* Special Asst. Attorney General, *Dennis J. Roberts II,* for Rhode Island Consumers' Council, for respondents.